IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

ACD DISTRIBUTION, LLC,

        Plaintiff,

v.

        Case No. 09-cv-633

MOUNTAINTOP ADVISERS, LTD
d/b/a GAMES BY JAMES,
JAMES BEAUDRIE and
KEN COKLAS,

        Defendants.

---

### ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendants pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear plead or otherwise defend, the default of defendants Mountaintop Advisers, Ltd. d/b/a Games by James, James Beaudrie and Ken Coklas is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 24th day of November, 2009.

                                              _____
                                              PETER OPPENEER
                                              Clerk of Court