UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ACD DISTRIBUTION, LLC,

    Plaintiff,

v.                                         Case No. 09-CV-633

MOUNTAINTOP ADVISORS, LTD
d/b/a GAMES BY JAMES,

JAMES BEAUDRIE,

and

KEN COKLAS,

    Defendants.

## [PROPOSED] JUDGMENT BY DEFAULT

WHEREAS, this action came on the application of the Plaintiff, ACD Distribution, LLC, for a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure against Defendants, Mountaintop Advisors, LTD d/b/a Games by James, James Beaudrie and Ken Coklas, having been duly served with the Summons and Complaint, and not being an infant or an unrepresented incompetent person, and having failed to plead or otherwise defend, and the Defendants' default having been duly entered by the Clerk of Court on November 24, 2009;

WHEREAS, the Court has considered the evidence offered by Plaintiff to prove that it is entitled to damages resulting from, *inter alia*, Defendants breaches of the Agreement entered into by the parties, in the amount of $82,666.69; and

WHEREAS, the Court has considered evidence offered by Plaintiff to prove its attorneys fees and costs in the amount of $5,442.55.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, ACD Distribution, LLC, is entitled to recover from Defendants, Mountaintop Advisors, LTD d/b/a Games by James, James Beaudrie and Ken Coklas in the total amount of $88,109.24.

This **16th** day of December, 2009.

                                                   *Barbara B. Crabb*
                                            U.S. District Barbara B. Crabb